**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELLFLOWER UNIFIED SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>      v.<br><br>FERNANDO LUA, et al.,<br><br>            Defendants. | Case No. CV 18-0043 FMO (FFMx)<br><br>**JUDGMENT** |

     IT IS ADJUDGED that the administrative law judge's determination of November 20, 2017, is affirmed.

Dated this 8th day of July, 2019.

                                                          /s/<br>
                                          Fernando M. Olguin<br>
                                         United States District Judge