1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  BELLFLOWER UNIFIED SCHOOL       )    Case No. CV 18-0043 FMO (FFMx)
    DISTRICT,                       )
12                                  )
                 Plaintiff,         )
13                                  )    **JUDGMENT**
          v.                        )
14                                  )
    FERNANDO LUA, et al.,           )
15                                  )
                 Defendants.        )
16                                  )
                                    )
17  _____ )

18        Pursuant to 20 U.S.C. § 1415(i)(3) and the Court's Order Re: Attorney's Fees, filed

19  contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT plaintiff Bellflower

20  Unified School District shall pay defendants Fernando Lua and Sandra Lua's attorney's fees in

21  the amount $72,209.95.

22  Dated this 5th day of January, 2022.

23
24                                              /s/
                                        Fernando M. Olguin
25                                    United States District Judge
26
27
28